UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| GAIL HARNESS, | ) | |
| | ) | |
| *Plaintiff,* | ) | Nos.   3:18-CV-100 |
| | ) | 3:19-CV-340 |
| v. | ) | |
| | ) | Judge Collier |
| ANDERSON COUNTY, TENNESSEE, | ) | Magistrate Judge Guyton |
| | ) | |
| *Defendant.* | ) | |

## O R D E R

These consolidated matters are set for trial beginning on Monday, November 9, 2020, with a final pretrial conference on October 29, 2020.  (Doc. 91 in lead case.)  Given the uncertainties of the current public health situation within the Eastern District of Tennessee, it is unlikely the Court will be able to seat a jury for a civil trial on the scheduled date.  The Court will therefore conduct a pretrial conference by telephone on **October 15, 2020, at 1:15 p.m.**  The parties should be prepared to discuss scheduling considerations, the possibility of conducting a bench trial, and possible alternative trial dates.  Call-in information will be distributed separately.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**